Form defdso13

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

William D. Powers
815 Cora Street
Joliet, IL 60435
SSN: xxx−xx−0775 EIN: N.A.

Case No. : 16−36186
Chapter : 13
Judge : Pamela S. Hollis

### NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 12/13 CASES
### OF REQUIRED DOCUMENT FOR DISCHARGE

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: August 19, 2019

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
William D. Powers  
    Debtor

Case No. 16-36186-PSH  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: tjernigan     Page 1 of 1     Date Rcvd: Aug 19, 2019  
                     Form ID: defdso13     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2019.  
db          +William D. Powers,  815 Cora Street,  Joliet, IL 60435-4616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                         Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2019 at the address(es) listed below:  
         Crystal V Caceres    on behalf of Creditor    Freedom Mortgage Corporation ccaceres@alolawgroup.com, bankruptcy@alolawgroup.com  
         David M Siegel    on behalf of Debtor 1 William D. Powers davidsiegelbk@gmail.com, R41057@notify.bestcase.com;johnellmannlaw@gmail.com  
         Glenn B Stearns    mcguckin_m@lisle13.com  
         Kinnera Bhoopal    on behalf of Creditor    Freedom Mortgage Corporation kinnera.bhoopal@mccalla.com  
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov  
         Steven C Lindberg    on behalf of Creditor    Freedom Mortgage Corporation bankruptcy@fallaw.com  
         Toni Townsend    on behalf of Creditor    Freedom Mortgage Corporation toni.townsend@mccalla.com, northerndistrict@mccalla.com  
         TOTAL: 7